UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HAO LI,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>DIRECTOR OF U.S. CITIZENSHIP AND IMMIGRATION SERVICES,<br><br>　　　　　　　　　Defendant. | Case No. 2:24-cv-00225-JHC<br><br>STIPULATED MOTION AND ORDER TO CONTINUE DEADLINE<br><br>Noted for Consideration:<br>April 18, 2024 |

The parties, through their respective counsel, pursuant to Federal Rule of Civil Procedure 6 and Local Rules 10(g) and 16, hereby jointly stipulate and move for a 60-day extension of the deadline for Defendant to respond to the Complaint. The current deadline is April 26, 2024. Good cause exists to extend this deadline to June 25, 2024.

A court may modify a deadline for good cause. Fed. R. Civ. P. 6(b). Continuing pretrial and trial dates is within the discretion of the trial judge. *See King v. State of California*, 784 F.2d 910, 912 (9th Cir. 1986).

U.S. Citizenship and Immigration Services is in the process of procuring a copy of Plaintiff's previously approved petition to assess the next steps in this case, including a possible

STIPULATED MOTION & ORDER
[Case No. 2:24-cv-00225-JHC] - 1

UNITED STATES ATTORNEY
1201 Pacific Ave., Ste. 700
Tacoma, WA 98402
(253) 428-3800

resolution that would not require further judicial intervention.  Once this petition is reviewed by an officer, the parties will be able to discuss how to move forward with this litigation.

Accordingly, the parties jointly stipulate and request that the Court extend Defendant's deadline to respond to the Complaint to June 25, 2024.

DATED this 18th day of April, 2024.

Respectfully submitted,

| | |
|---|---|
| TESSA M. GORMAN | KARR, TUTTLE, CAMPBELL |
| TESSA M. GORMAN<br>United States Attorney | *s/ Kripa Upadhyay*<br>KRIPA UPADHYAY, WSBA #40063 |
| *s/ Michelle R. Lambert*<br>MICHELLE R. LAMBERT, NYS #4666657<br>Assistant United States Attorney<br>United States Attorney's Office<br>Western District of Washington<br>1201 Pacific Avenue, Suite 700<br>Tacoma, Washington 98402<br>Phone: (253) 428-3824<br>Fax:    (253) 428-3826<br>Email:  michelle.lambert@usdoj.gov | 701 Fifth Ave, Suite 3300<br>Seattle, Washington 98104<br>Phone: (206) 224-8092<br>Email:  kripa@karrtuttle.com<br><br><br><br><br><br>*Attorney for Plaintiff* |

*Attorneys for Defendant*

**I certify that this memorandum contains 178 words, in compliance with the Local Civil Rules.**

STIPULATED MOTION & ORDER
[Case No. 2:24-cv-00225-JHC] - 2

UNITED STATES ATTORNEY
1201 Pacific Ave., Ste. 700
Tacoma, WA 98402
(253) 428-3800

**ORDER**

It is so **ORDERED**. Defendant's deadline to respond to the Complaint is extended to June 25, 2024.

DATED this 18th day of April, 2024.

_____
JOHN H. CHUN
United States District Judge

STIPULATED MOTION & ORDER
[Case No. 2:24-cv-00225-JHC] - 3

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800